1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BETTY BALMER,

              Plaintiff,

    v.

JO ANNE BARNART, Commissioner of Social Security,

              Defendant.

CASE NO. C06-30-JCC

ORDER

      The Court, upon review of Plaintiff's complaint, all papers and exhibits in support and in opposition to that complaint, the Report and Recommendation of the United States Magistrate Judge James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

      (1)     The Court ADOPTS the Report and Recommendation;

      (2)     The Court ORDERS remand of the case for further administrative proceedings not inconsistent with the Report and Recommendation; and

      (3)     The Clerk shall direct copies of this Order to all counsel and to Judge Donohue.

      SO ORDERED this 4th day of January, 2007.

John C. Coughenour
United States District Judge

ORDER – 1